JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., as assignee and subrogee of TA TP Topco, Inc. and Towne Park, LLC,<br><br>Plaintiff,<br><br>v.<br><br>IAN AKINS, an individual; OMAR ALCARAZ, an individual; JONNI ESTRADA ALVAREZ, an individual; JOSEPH ALVAREZ, an individual; KEVIN FLORES, an individual; JONATHAN GARZA, an individual; CHRISTOPHER HERNANDEZ, an individual; JAMES MARKHAM, III, an individual; ERICK ORTEGA, an individual; and JOSE SIOPONGCO, an individual,<br><br>Defendants. | CASE NO. 8:21-cv-00700-JLS-JDE<br><br>**FINAL JUDGMENT** |

Having granted Plaintiff National Union Fire Insurance Company of Pittsburgh, PA's ("Plaintiff") Motion for Default Judgment (Doc. 53), the Court hereby ENTERS JUDGMENT against Defendants, OMAR ALCARAZ, JOSEPH ALVAREZ, JAMES MARKHAM, III, and ERICK ORTEGA ("Defendants").

Judgment is entered in favor of Plaintiff and against Defendants, jointly and severally, as follows:

**Compensatory Damages**: $839,150.00

**Costs**: $1,205.50

**TOTAL JUDGMENT**: $840,355.50

The JUDGMENT shall accrue interest at the highest legal rate from the date of entry of judgment until paid in full.

DATED: December 21, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE